Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–21838–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Angelo G Zeppadoro
4 Lakeview Dr
Trenton, NJ 08620

Nicole Zeppadoro
fka Nicole Godown
4 Lakeview Dr
Trenton, NJ 08620

Social Security No.:
xxx–xx–7872

xxx–xx–0035

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 17, 2017.

On March 11, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date: April 25, 2018
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 13, 2018
JAN: pbf

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                          Case No. 17-21838-KCF
Angelo G Zeppadoro                                              Chapter 13
Nicole Zeppadoro
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin               Page 1 of 2           Date Rcvd: Mar 13, 2018
                             Form ID: 185              Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
```
db/jdb         +Angelo G Zeppadoro,    Nicole Zeppadoro,    4 Lakeview Dr,    Trenton, NJ 08620-1907
516873684      +A-1 Collections,    re: RWJ,    2297 Highway 33,    Trenton, NJ 08690-1717
516873685      +A-1 Collections,    re: Russo Music Center,    2297 Highway 33,    Trenton, NJ 08690-1717
516873688      +American Trading,    DJ 125187-10,    2297 Highway 33,    Trenton, NJ 08690-1717
516878548     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: CREDIT ACCEPTANCE,    25505 WEST 12 MILE ROAD,
                SOUTHFIELD , MI 48034)
516873690      +Credit Acceptance,    POB 5070,    Southfield, MI 48086-5070
516873692      +HSBC Bank,    POB 9,    Buffalo, NY 14240-0009
516873694      +Mercer County Oral Surgery,    3371 US Rt 1,    Ste 112,    Lawrence Township, NJ 08648-1304
516873695      +Pluese Becker & Saltzman,    US ROF III Legal Title Trust 2015-1,    20000 Horizon Way, Suite 900,
                Mount Laurel, NJ 08054-4318
516873699      +Specialized Loan Servicing,    8742 Lucent Blvd, Ste 300,    Littleton, CO 80129-2386
517018236      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516988738      +Verizon by American InfoSource LP,    4515 N Santa Fe Ave,    Oklahoma City OK 73118-7901
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2018 23:19:09     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2018 23:19:06      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516873686      +E-mail/Text: ally@ebn.phinsolutions.com Mar 13 2018 23:18:32      Ally Financial,   POB 380901,
                Minneapolis, MN 55438-0901
516873687      +E-mail/Text: bankruptcy@acacceptance.com Mar 13 2018 23:19:06      American Credit Acceptance,
                961 E. Main St,    Spartanburg, SC 29302-2185
516873689      +E-mail/Text: bankruptcy@cavps.com Mar 13 2018 23:19:30     Cavalry Portfolio Srv,
                500 Summit Lake Dr,    Valhalla, NY 10595-2322
517116215      +E-mail/Text: bankruptcy@cavps.com Mar 13 2018 23:19:30     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516873691      +E-mail/Text: bankruptcy@sccompanies.com Mar 13 2018 23:20:13      Ginny's,   1112 Seventh Ave,
                Monroe, WI 53566-1364
516873697      +E-mail/Text: colleen.atkinson@rmscollect.com Mar 13 2018 23:20:05       Receivables Managment Sys,
                Re: Patient First,    7206 Hull St Ste 211,    Richmond, VA 23235-5826
516873698      +E-mail/Text: bankruptcy@sccompanies.com Mar 13 2018 23:20:13      Seventh Ave,
                1112 Seventh Ave,    Monroe, WI 53566-1364
516873700      +E-mail/Text: bankruptcy@unitedacceptance.com Mar 13 2018 23:19:05       United Acceptance,
                2400 Lake Park Dr Ste 100,    Smyrna, GA 30080-8993
516984617       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2018 23:39:21      Verizon,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                                TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516873693        Luanne Peverada
cr*            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                Southfield, MI  48034)
516873696      ##+QuakerBridge Radiology,    3535 Quakerbridge Rd Ste 301,    Trenton, NJ 08619-1200
                                                                                TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Mar 13, 2018
                               Form ID: 185             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              John   Zimnis    on behalf of Debtor Angelo G Zeppadoro njbankruptcylaw@aol.com.
              John   Zimnis    on behalf of Joint Debtor Nicole   Zeppadoro njbankruptcylaw@aol.com.
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Peter E. Zimnis    on behalf of Joint Debtor Nicole   Zeppadoro njbankruptcylaw@aol.com
              Peter E. Zimnis    on behalf of Debtor Angelo G Zeppadoro njbankruptcylaw@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```