UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WALDMAN & KAPLAN, P.A.
By: Laura J. Neville, Esquire
Attny No. 5753
174 Nassau Street, Suite 313
Princeton, NJ 08542
PO BOX 5162 Largo FL 33779
Telephone: 844-899-4162
Facsimile: 844-882-4703
Attorneys for Movant: Wilmington Savings Fund Society, as Owner Trustee of the Residential Credit Opportunities Trust V-B

Order Filed on March 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANGELO G. ZEPPADORO,
NICOLE ZEPPARDORO fka NICOLE GODOWN,

Debtor.

Case No.: 17-21838
Hearing Date: March 13, 2019
Judge: Kathryn C. Ferguson
Chapter: 13

Recommended Local Form    ☒ Followed    ☐ Modified

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 15, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of Wilmington Savings Fund Society, as Owner Trustee of the Residential Credit Opportunities Trust V-B, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

4 Lakeview Drive, Hamilton, NJ 08620.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.   Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*