UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WALDMAN & KAPLAN, P.A.
By: Laura J. Neville, Esquire
Attny No. 5753
174 Nassau Street, Suite 313
Princeton, NJ 08542
PO BOX 5162 Largo FL 33779
Telephone: 844-899-4162
Facsimile: 844-882-4703
Attorneys for Movant: Wilmington Savings Fund Society, as Owner Trustee of the Residential Credit Opportunities Trust V-B

**Order Filed on March 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANGELO G. ZEPPADORO,
NICOLE ZEPPARDORO fka NICOLE GODOWN,

Debtor.

Case No.:  17-21838
Hearing Date:  March 13, 2019
Judge:  Kathryn C. Ferguson
Chapter:  13

Recommended Local Form    ☒ Followed    ☐ Modified

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 15, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of Wilmington Savings Fund Society, as Owner Trustee of the Residential Credit Opportunities Trust V-B, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:
4 Lakeview Drive, Hamilton, NJ 08620.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*

2

United States Bankruptcy Court
District of New Jersey

In re:
Angelo G Zeppadoro
Nicole Zeppadoro
    Debtors

Case No. 17-21838-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 15, 2019
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.
db/jdb        +Angelo G Zeppadoro,    Nicole Zeppadoro,    4 Lakeview Dr,    Trenton, NJ 08620-1907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2019 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Farha    Ahmed    on behalf of Creditor    AMIP Management, LLC farha@dwaldmanlaw.com
          John    Zimnis    on behalf of Joint Debtor Nicole    Zeppadoro njbankruptcylaw@aol.com.
          John    Zimnis    on behalf of Debtor Angelo G Zeppadoro njbankruptcylaw@aol.com.
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Laura J. Neville    on behalf of Creditor    Wilmington Savings Fund Society FSB as Owner Trustee of the Residential Credit Opportunities Trust V-B nevilleesq@gmail.com
          Peter E. Zimnis    on behalf of Joint Debtor Nicole    Zeppadoro njbankruptcylaw@aol.com
          Peter E. Zimnis    on behalf of Debtor Angelo G Zeppadoro njbankruptcylaw@aol.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                            TOTAL: 10