Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–21838–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Angelo G Zeppadoro                    Nicole Zeppadoro
41 Birmingham Dr.                     fka Nicole Godown
Columbus, NJ 08022                    41 Birmingham Dr.
                                      Columbus, NJ 08022

Social Security No.:
  xxx–xx–7872                         xxx–xx–0035

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 3, 2018.

On September 25, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                November 5, 2019
Time:                 10:00 AM
Location:             Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 27, 2019
JAN: pbf

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-21838-MBK
Angelo G Zeppadoro                                                                  Chapter 13
Nicole Zeppadoro
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Sep 27, 2019
                             Form ID: 185              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
```
db/jdb        +Angelo G Zeppadoro,   Nicole Zeppadoro,   41 Birmingham Dr.,   Columbus, NJ 08022-2343
cr            +AMIP Management, LLC,   3020 Old Ranch Parkway,   Suite 180,   Seal Beach, CA 90740-2799
cr            +Wilmington Savings Fund Society FSB as Owner Trust,   c/o Waldman & Kaplan,   174 Nassau Street,
               Ste. 313,   Princeton, NJ 08542-7005
516873684     +A-1 Collections,   re: RWJ,   2297 Highway 33,   Trenton, NJ 08690-1717
516873685     +A-1 Collections,   re: Russo Music Center,   2297 Highway 33,   Trenton, NJ 08690-1717
516873688     +American Trading,   DJ 125187-10,   2297 Highway 33,   Trenton, NJ 08690-1717
516878548     ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
               (address filed with court: CREDIT ACCEPTANCE,   25505 WEST 12 MILE ROAD,
               SOUTHFIELD , MI 48034)
516873690     +Credit Acceptance,   POB 5070,   Southfield, MI 48086-5070
516873692     +HSBC Bank,   POB 9,   Buffalo, NY 14240-0009
516873695     +Pluese Becker & Saltzman,   US ROF III Legal Title Trust 2015-1,   20000 Horizon Way, Suite 900,
               Mount Laurel, NJ 08054-4318
516873696     +QuakerBridge Radiology,   3535 Quakerbridge Rd  Ste 301,   Trenton, NJ 08619-1200
516873699     +Specialized Loan Servicing,   8742 Lucent Blvd, Ste 300,   Littleton, CO 80129-2386
517437477     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
517437478     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517018236     +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518031949     +Wilmington Savings Fund Society FSB as Owner,   Trustee Residential Credit Opportunities,
               Trust V-B   c/o Waldman & Kaplan PA,   174 Nassau Street, Ste. 313,
               Princeton, NJ 08542-7005
518031950     +Wilmington Savings Fund Society FSB as Owner,   Trustee Residential Credit Opportunities,
               Trust V-B   c/o Waldman & Kaplan PA,   174 Nassau Street, Ste. 313,   Princeton, NJ  08542,
               Wilmington Savings Fund Society FSB as O 08542-700
517492088     +Wilmington Savings Fund Society, FSB,   AMIP Management, LLC,
               3020 Old Ranch Parkway, Suite 180,   Seal Beach, CA 90740-2799
517492089     +Wilmington Savings Fund Society, FSB,   AMIP Management, LLC,
               3020 Old Ranch Parkway, Suite 180,   Seal Beach, CA 90740,
               Wilmington Savings Fund Society, FSB,   AMIP Management, LLC 90740-2799
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2019 01:05:28    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2019 01:05:25    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516873686     +E-mail/Text: ally@ebn.phinsolutions.com Sep 28 2019 01:02:28    Ally Financial,   POB 380901,
               Minneapolis, MN 55438-0901
516873687     +E-mail/Text: bankruptcy@acacceptance.com Sep 28 2019 01:05:24    American Credit Acceptance,
               961 E. Main St,   Spartanburg, SC 29302-2185
516873689     +E-mail/Text: bankruptcy@cavps.com Sep 28 2019 01:05:46    Cavalry Portfolio Srv,
               500 Summit Lake Dr,   Valhalla, NY 10595-2322
517116215     +E-mail/Text: bankruptcy@cavps.com Sep 28 2019 01:05:46    Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
516873691     +E-mail/Text: bankruptcy@sccompanies.com Sep 28 2019 01:06:48    Ginny's,   1112 Seventh Ave,
               Monroe, WI 53566-1364
517487554      E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 28 2019 01:05:42    JEFFERSON CAPITAL SYSTEMS LLC,
               PO Box 7999,   St Cloud MN 56302
517487555      E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 28 2019 01:05:42    JEFFERSON CAPITAL SYSTEMS LLC,
               PO Box 7999,   St Cloud MN 56302,   JEFFERSON CAPITAL SYSTEMS LLC,   PO Box 7999,
               St Cloud MN 56302
516873697     +E-mail/Text: colleen.atkinson@rmscollect.com Sep 28 2019 01:06:39    Receivables Managment Sys,
               Re: Patient First,   7206 Hull St Ste 211,   Richmond, VA 23235-5826
516873698     +E-mail/Text: bankruptcy@sccompanies.com Sep 28 2019 01:06:48    Seventh Ave,
               1112 Seventh Ave,   Monroe, WI 53566-1364
516873700     +E-mail/Text: bankruptcy@unitedacceptance.com Sep 28 2019 01:05:24    United Acceptance,
               2400 Lake Park Dr Ste 100,   Smyrna, GA 30080-8993
516984617      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2019 01:17:58    Verizon,
               by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
516988738     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2019 01:18:00
               Verizon by American InfoSource LP,   4515 N Santa Fe Ave,   Oklahoma City OK 73118-7901
                                                                                     TOTAL: 14
```

```
District/off: 0312-3            User: admin              Page 2 of 2              Date Rcvd: Sep 27, 2019
                               Form ID: 185              Total Noticed: 33
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516873693      Luanne Peverada
cr*            ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,   25505 West 12 Mile Road,
                 Southfield, MI  48034)
516873694    ##+Mercer County Oral Surgery,   3371 US Rt 1,   Ste 112,   Lawrence Township, NJ 08648-1304
                                                                        TOTALS: 1, * 1, ## 1
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
           National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Farha  Ahmed    on behalf of Creditor    AMIP Management, LLC farha@dwaldmanlaw.com
          John  Zimnis    on behalf of Joint Debtor Nicole   Zeppadoro njbankruptcylaw@aol.com.
          John  Zimnis    on behalf of Debtor Angelo G Zeppadoro njbankruptcylaw@aol.com.
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Laura J. Neville    on behalf of Creditor    Wilmington Savings Fund Society FSB as Owner Trustee
           of the Residential Credit Opportunities Trust V-B nevilleesq@gmail.com
          Peter E. Zimnis    on behalf of Joint Debtor Nicole  Zeppadoro njbankruptcylaw@aol.com
          Peter E. Zimnis    on behalf of Debtor Angelo G Zeppadoro njbankruptcylaw@aol.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                  TOTAL: 10
```